E-FILED
Thursday, 05 January, 2006 03:50:22 PM
Clerk, U.S. District Court, ILCD

| CDIL PROB 22 (Rev. 4/97) | | DOCKET NUMBER *(Tran. Court)* 0753/5 02-20074-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kalvondo T. Douglas  Crest Hill, IL 60435 | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael P. McCuskey | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/03/04 — TO 09/02/09 |

FILED
JAN - 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

OFFENSE

Bank Fraud 18:1344(1) and (2)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Lisle upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 7/15/05 | s/ Michael P. McCuskey |
|---|---|
| Date | Michael P. McCuskey Chief United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/LISLE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| AUG - 1 2005 | s/ Charles P. Kocoras |
|---|---|
| Effective Date | United States District Judge |

RECEIVED
DEC 1 3 2005
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS