

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

January 5, 2006

Mr. Michael Dobbins, Clerk of Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

RE: USA V. KALVONDO T. DOUGLAS
CASE NO. CD/IL: 0753/5  02-20074-01

Dear Mr. Dobbins:

Pursuant to the executed Transfer of Jurisdiction filed in this office on January 5, 2006, enclosed please find:

1. Original transfer of jurisdiction

2. Indictment (certified copy)

3. Judgment (certified copy)

4. Docket sheet (certified copy)

5. Financial ledger - $100 Special Assessment due.

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT


By:     K. Marsh
            Deputy Clerk

Enclosure(s)
JMW/kjm